```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
        -against-                    :         **19 CR 579 (VM)**
                                     :             <u>ORDER</u>
JUAN ROBERTO RAMIREZ JR.,            :
                                     :
              Defendant.             :
-----------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference currently scheduled for Friday, April 29, 2021 at 10:30 AM is cancelled as to the above defendant, Juan Roberto Ramirez Jr.

**SO ORDERED:**

Dated:    New York, New York
          15 April 2021

_____
Victor Marrero
    U.S.D.J.