USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - v. -

JUAN RAMIREZ

       Defendant.

- - - - - - - - - - - - - - - - - X

ORDER

S1 19 Cr. 579 (VM)

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 6, 2021;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       April 19, 2021

_____
Victor Marrero
U.S.D.J.