USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 579 (VM)**
                                   :
        -against-                  :
                                   :              **ORDER**
JUAN RAMIREZ,                      :
                                   :
                   Defendant.      :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Tuesday, July 6, 2021 will be rescheduled to Thursday, August 12, 2021 at 10:30 A.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         29 June 2021

_____
Victor Marrero
U.S.D.J.