```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :     **19 CR 579 (VM)**
                                  :
        -against-                 :
                                  :       **ORDER**
JUAN RAMIREZ,                     :
                                  :
                 Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Thursday, August 12, 2021 at 10:30 AM will be rescheduled to Thursday, August 12, 2021 at 12:00 PM. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         10 August 2021

_____
Victor Marrero
U.S.D.J.