```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 579 (VM)**
                                   :
          -against-                :
                                   :     **ORDER**
JUAN RAMIREZ,                      :
                                   :
                    Defendant.     :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Thursday, August 12, 2021 at 12:00 PM will be rescheduled to Thursday, October 7, 2021 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         11 August 2021

_____
Victor Marrero
U.S.D.J.