USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/6/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,     :     **19 CR 579 (VM)**
                            :
        -against-           :
                            :     **ORDER**
JUAN ROBERTO RAMIREZ JR,     :
                            :
              Defendant.   :
----------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 7 to Tuesday, November 2, 2021 at 9:00 AM.

**SO ORDERED:**

Dated:    New York, New York
          06 October 2021

_____
          Victor Marrero
          U.S.D.J.