```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,        :    **19 CR 579 (VM)**
                                 :
        -against-                :
                                 :    **ORDER**
JUAN ROBERTO RAMIREZ JR,         :
                                 :
                Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   With the consent of the parties, it is hereby ordered that the sentencing of the above-named defendant will be rescheduled from November 2, 2021 to January 13, 2022 at 9:00 AM.

**SO ORDERED:**

Dated:   New York, New York
         01 November 2021

_____
Victor Marrero
U.S.D.J.