```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :
                                   :
OMAR JUAREZ ANDRADE, et al.        :         19 CR 579(VM)
                                   :            ORDER
               Defendants.         :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Government is directed to review and respond to Mr. Juan Roberto Ramirez, Jr.'s request for medical treatment (Dkt. No. 126) within three days of this order.

**SO ORDERED:**

Dated: New York, New York
       15 November 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021