```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :      **19 CR 579 (VM)**
                                  :
         -against-                :
                                  :              **ORDER**
JUAN ROBERTO RAMIREZ JR,          :
                                  :
                  Defendant.      :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   With the consent of the parties, it is hereby ordered that the sentencing of the above-named defendant will be rescheduled from January 13, 2022 until March 10, 2022 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         10 January 2022

_____
            Victor Marrero
            U.S.D.J.