**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
        -against-                    :
                                     :
JUAN ROBERTO RAMIREZ, JR.            :   **19 CR 579(VM)**
                                     :   **ORDER**
            Defendant.               :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

**VICTOR MARRERO, U.S.D.J.:**

The Government and Bureau of Prisons is hereby directed to submit within two weeks a status report on the scheduling of the above-named defendant's external medical appointment.

**SO ORDERED:**

Dated: New York, New York
       12 January 2022

_____
Victor Marrero
U.S.D.J.