```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :        **19 CR 579 (VM)**
                                   :
          -against-                :
                                   :            **ORDER**
JUAN ROBERTO RAMIREZ JR,           :
                                   :
     Defendant.                    :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of the above-named defendant, and with the consent of the Government, it is hereby ordered that the sentencing of the above-named defendant is adjourned to accommodate an in-person sentencing. The sentencing of the above-named defendant will be rescheduled from March 10, 2022 until June 23, 2022 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         21 January 2022

_____
          Victor Marrero
           U.S.D.J.