```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :
                                    :
JUAN ROBERTO RAMIREZ, Jr.           :      19 CR 579(VM)
                                    :         ORDER
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Government and Bureau of Prisons is hereby directed to submit a status report by February 15, 2022 informing the Court as to whether the above-named defendant has received appropriate treatment by an external doctor for his hand injury.

**SO ORDERED:**

Dated: New York, New York
       28 January 2022

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2022