**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
         -against-                  :
                                    :
JUAN ROBERTO RAMIREZ, Jr.           :    **19 CR 579(VM)**
                                    :    **ORDER**
              Defendant.            :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Government and Bureau of Prisons is hereby directed to submit a status report by March 10, 2022 informing the Court as to whether the above-named defendant has received appropriate treatment by an external doctor for his hand injury.

**SO ORDERED:**

    Dated: New York, New York
           17 February 2022

                                    _____
                                            Victor Marrero
                                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022