```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :
                                    :
                                    :   19 CR 579(VM)
JUAN ROBERTO RAMIREZ, Jr.           :       ORDER
                                    :
            Defendant.              :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Government and Bureau of Prisons is hereby directed to respond to Defendant's letter motion (Dkt. No. 170), specifying whether and when a follow-up appointment with the external hand specialist is contemplated.

**SO ORDERED:**

Dated: New York, New York
       08 April 2022

_____
Victor Marrero
U.S.D.J.