**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,      :
                                    :
        -against-        :
                                    :        **19 CR 579(VM)**
JUAN ROBERTO RAMIREZ, Jr.    :           **ORDER**
                                    :
                Defendant.    :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

     On April 22, 2022, defense counsel filed a letter motion regarding the above-named defendant's medical treatment at the Metropolitan Detention Center. (See Dkt. No. 174.) The Court hereby schedules a teleconference for Friday, April 29, 2022 at 10:30 a.m. to review the defendant's medical condition. The Government and Bureau of Prisons are directed to show cause why the Court ordered status report (see Dkt. No. 171) has not been submitted.  The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated: New York, New York
      25 April 2022

                                Victor Marrero
                                  U.S.D.J.