```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :
JUAN ROBERTO RAMIREZ, JR.          :        19 CR 579(VM)
                                   :           ORDER
            Defendant.             :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

At the request of defense counsel, the teleconference for Friday, April 29, 2022 is adjourned. The conference is hereby rescheduled for Thursday, May 5, 2022 at 10:30 a.m. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated: New York, New York
        28 April 2022

_____
Victor Marrero
U.S.D.J.