**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :    **19 CR 579 (VM)**
                                  :
        -against-                 :
                                  :         **ORDER**
JUAN ROBERTO RAMIREZ JR.,         :
                                  :
            Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Thursday, June 23 is rescheduled to Friday, July 1, 2022 at 10:30 A.M.

**SO ORDERED:**

Dated:   New York, New York
         28 April 2022

                                        Victor Marrero
                                        U.S.D.J.