```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,        :      19 CR 579 (VM)
                                 :
        -against-                :
                                 :      ORDER
JUAN ROBERTO RAMIREZ JR.,        :
                                 :
              Defendant.         :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, July 1, 2022 at 10:30 A.M. is rescheduled for July 1, 2022 at 11:00 A.M.

**SO ORDERED:**

Dated:   New York, New York
         29 April 2022

_____
Victor Marrero
U.S.D.J.