```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :    19 CR 579 (VM)
                                  :
        -against-                 :
                                  :         ORDER
JUAN ROBERTO RAMIREZ JR.,         :
                                  :
              Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant is scheduled for Friday, August 26, 2022 at 1:00 P.M.

**SO ORDERED:**

Dated:   New York, New York
         13 July 2022

_____
Victor Marrero
U.S.D.J.