**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

JUAN ROBERTO RAMIREZ, JR. et al.,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2022

19 Cr 0579 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On August 26, 2022, defendant Juan Roberto Ramirez, Jr. was sentenced by this Court. (See Dkt. No. 205.) On September 19, 2022, defendant filed a Notice of Appeal to the United States Court of Appeals for the Second Circuit. (See Dkt. No. 210.) On September 28, 2022, the Court received a letter from defendant seeking the termination of his current counsel and the appointment of new counsel in this case under the Criminal Justice Act (the "CJA"), 18 U.S.C. § 3006A. (See Dkt. No. 211.)

    The CJA permits the substitution of "one appointed counsel for another at any stage of the proceedings" where doing so is "in the interests of justice." 18 U.S.C. § 3006A(c). The Defendant has not explained why he has submitted his request, including how such a substitution would be "in the interests of justice," nor is the Court independently

aware of any such reason.

Accordingly, defendant's request for the termination of his current counsel and the appointment of new counsel under the CJA is hereby DENIED without prejudice to the filing of such a request with the United States Court of Appeals for the Second Circuit.

**SO ORDERED.**

Dated:     14 October 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.